UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAZARIS ITALO FULLER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF RICHMOND, et al.,<br><br>　　　　Defendants. | Case No.　15-cv-00980-VC<br><br>**ORDER OF RECUSAL** |

　　I, the undersigned Judge of the Court, finding myself disqualified from presiding over the above-entitled action, hereby recuse myself from this case and request that it be reassigned pursuant to the applicable provisions of this District's Assignment Plan.

　　**IT IS SO ORDERED**.

Dated: March 31, 2015

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　VINCE CHHABRIA
　　　　　　　　　　　　　　　　United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LAZARIS ITALO FULLER,

    Plaintiff,

v.

CITY OF RICHMOND, et al.,

    Defendants.

Case No.   15-cv-00980-VC

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on 3/31/2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lazaris Italo Fuller ID: V-63760
San Quentin State Prison 1-B-29
San Quentin, CA 94974

Dated: 3/31/2015

Richard W. Wieking
Clerk, United States District Court

By:_____
Kristen Melen, Deputy Clerk to the
Honorable VINCE CHHABRIA