UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LAZARIS ITALO FULLER,

    Plaintiff,

    v.

CITY OF RICHMOND, et al.,

    Defendants.

Case No. 15-cv-00980-JD

**ORDER OF DISMISSAL**

This is a civil rights case filed pro se by a state prisoner. On July 29, 2015, the Court dismissed the complaint with leave to amend after discussing its deficiencies. The twenty-eight days to amend has passed and plaintiff has not filed an amended complaint or otherwise communicated with the Court. This case is **DISMISSED** for failure to state a claim as set forth in the Court's prior screening order.

**IT IS SO ORDERED.**

Dated: November 17, 2015

JAMES DONATO
United States District Judge

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAZARIS ITALO FULLER,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF RICHMOND, et al.,<br><br>    Defendants. | Case No. 15-cv-00980-JD<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 17, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lazaris Italo Fuller ID: V-63760
S.V.S.P. 1-B-29
P.O. Box 1050
Soledad, CA 93960

Dated: November 17, 2015

                                      Susan Y. Soong
                                      Clerk, United States District Court

                                      By:_____
                                      LISA R. CLARK, Deputy Clerk to the
                                      Honorable JAMES DONATO